[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 05-15681
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
April 28, 2006
THOMAS K. KAHN
CLERK

D. C. Docket No. 02-00373-CV-T-26-TGW

GREGORY STEPHEN COOK, et al.,

Plaintiffs,

CHARLES C. SAUVAGE,

Plaintiff-Appellant,

versus

JOHN W. SNOW, Secretary of the Department
of the Treasury,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

**(April 28, 2006)**

Before BLACK, BARKETT and HILL, Circuit Judges.

PER CURIAM:

We have carefully reviewed the briefs and record in this case.

The evidentiary rulings of the trial court[1] were well within discretion and do not constitute reversible error.

The trial court's findings of fact are amply supported by the evidence and conclusions of law drawn therefrom are not erroneous.

The judgment adverse to the appellant is

AFFIRMED.

---

[1] The Honorable Thomas G. Wilson, United States Magistrate Judge, conducted a non-jury trial by consent of the parties.